**B. H. LONDON and GLADWIN CORPORATION, a Florida Corporation, v. SIGBUND DRUCKER.**

32 So. (2nd) 463
April 29, 1947
On rehearing November 14, 1947

January Term, 1947
Special Division A

THOMAS, C. J., TERRELL and CHAPMAN, JJ., and CHILLINGWORTH, Associate Justice, concur.

*Redfearn & Ferrell,* for appellants.

*McKay, Dixon, DeJarnette & Bradford* and *George Chertkof,* for appellee.

PER CURIAM:

A petition for rehearing was granted in this cause August 1, 1947. The record and the briefs have again been examined and a majority of the Court have reached the conclusion that our former judgment should be adhered to. It is so ordered.

Judgment affirmed.

THOMAS, C. J., TERRELL, BUFORD, CHAPMAN, ADAMS and BARNS, JJ., and CHILLINGWORTH, Associate Justices, concur.